LON SALING v. STATE.

No. A-914.    Opinion Filed September 5, 1911.

Appeal from Pottawatomie County Court; E. D. Reasor, Judge.

PER CURIAM.    The appellant in this case was sentenced to the state penitentiary for a period of three years for the offense of selling whisky to a minor, and prosecuted an appeal to this court.    The appellant applied to and received from the Governor of this state a parole.    This operates as an abandonment of his appeal.    The appeal is therefore dismissed.

---

J. SIGAN v. STATE.

No. A-1123.    Opinion Filed September 5, 1911.

Appeal from Tulsa County Court; N. J. Gubser, Judge.

PER CURIAM.    On the 3rd day of March, 1911, judgment was rendered in the county court of Tulsa county against appellant for a violation of the prohibitory liquor law, and he was sentenced to pay a fine of $500 and to serve 90 days in the county jail.    Appellant was granted by the court 30 days time within which to prepare and serve a case-made.    The record shows that the case-made was not served on the county attorney until the 3rd day of April, 1911, which was the 31st day after the rendition of the judgment.    The case-made must therefore be stricken from the record.    The case-made is not certified in such a manner as would constitute it a transcript of the record.    We therefore cannot consider anything presented in said case-made, and the appeal is dismissed.